IN THE UNITED STATES DISTRICT COURT
FOR THE NORHTERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARY ANN PARKER,**<br><br>**Plaintiff,**<br><br>v.<br><br>**AUTOZONE STORES, LLC,**<br><br>**Defendant.** | **CIVIL ACTION NO.:**<br>**2:21-cv-00292-GMB** |

### JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff **Mary Ann Parker,** and Defendant **Autozone Stores, LLC**, by and through their respective undersigned counsel, and jointly advise the Court an amicable resolution has been reached to settle this matter in its entirety.

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties in the above-captioned action that this matter be dismissed with prejudice and with costs taxed as paid.

Respectfully submitted this the 5th day of April, 2022.

_____
John Allen Fulmer, II
FULMER LAW FIRM, P.C.
2330 Highland Avenue South
Birmingham, AL 35205
jaf@jafulmerlaw.com
**Attorney for Plaintiff**

_____
Brett Adair
Attorney for Defendant
Carr Allison
100 Vestavia Parkway
Birmingham, Alabama 35216
badair@carrallison.com
**Attorney for Defendant**