UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARY ANN PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:21-cv-292-GMB |
| | ) | |
| AUTOZONE STORES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **FINAL ORDER**

On April 6, 2022, the parties to this action filed a Joint Stipulation of Dismissal that complies with Federal Rule of Civil Procedure 41. Doc. 31. Accordingly, this matter is DISMISSED WITH PREJUDICE, each party to bear its own costs. Fed. R. Civ. P. 41(a)(1)(A)(ii).

DONE and ORDERED on April 6, 2022.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE